# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>**ERIC M. JONES** | **JUDGMENT IN A CRIMINAL CASE**<br>(For a Petty Offense)-- Short Form<br>CASE NUMBER: 3:08mj244/EMT<br><br>**RANDALL LOCKHART, ESQ.**<br>Defendant's Attorney |

☐ **THE DEFENDANT** pled guilty to count(s) One and Two of the Information.

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| F.S.S. § 324.022 and 32 C.F.R. § 210 | Driving Without Insurance With Knowledge | 6/26/08 | One |
| F.S.S. § 320.07(b) and 32 C.F.R. § 210 | Driving With an Expired Registration for Greater Than 6 Months | 6/26/08 | Two |

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney.

| Assessment | Fine | Restitution |
|---|---|---|
| $ 15.00 | $ 120.00 | $ 0.00 |

Date of Imposition of Sentence - 8/20/08

*Elizabeth M. Timothy*
Elizabeth M. Timothy
UNITED STATES MAGISTRATE JUDGE

Date: 8-22-08